LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEBORAH DANIELS, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE, </br> Commissioner Of Social Security, </br></br> Defendant. | No.  EDCV 10-1742 JCG </br></br> [PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND NO/100  ($2,600.00) subject to the terms of the stipulation.

    DATE:  November  21, 2011    _____

                                      HON. JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE